# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Lino K.,

                 Petitioner,

v.

Kirstjen Nielsen, Secretary Homeland
Security; Matthew Whitaker, Acting U.S.
Attorney General; Peter Berg, ICE Field Office
Director; Joel Brott, Sherburne County
Sherriff,

                 Respondents.

Civil No. 19-cv-0419 (MJD/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

---

The above-entitled matter came before the Court upon the Report and

Recommendation of the United States Magistrate Judge.  No objections have been filed

to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the

files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.     The Report and Recommendation [Docket No. 8] is **ADOPTED**;
        and

2.     Lino K.'s Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241
        [Doc. No. 1] is **DISMISSED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 11, 2019

                s/ Michael J. Davis
                MICHAEL J. DAVIS
                United States District Judge